# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HASSIE DEMOND KNOWLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-cv-105 |
| | ) | |
| LEXISNEXIS, TRANS UNION, | ) | |
| EQUIFAX, EXPERIAN, and | ) | |
| US BKPT CT NC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA'S MOTION TO DISMISS

NOW COMES defendant United States Bankruptcy Court for the Middle District of North Carolina (sued as "US BKPT CT NC" and hereinafter referred to as the "Bankruptcy Court"), by and through its attorney, Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and respectfully moves this Court for entry of an Order dismissing this action as against it pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

As stated in the contemporaneously filed brief, the Court should dismiss this action as against the Bankruptcy Court for lack of subject matter jurisdiction because Plaintiff's claim is barred by sovereign immunity. Plaintiff's claim is also barred by judicial immunity, and is therefore subject to dismissal under Rule 12(b)(1) or Rule 12(b)(6). Alternatively, the Court should dismiss this action as against the Bankruptcy Court because Plaintiff fails to state a plausible claim upon which relief can be granted.

WHEREFORE, defendant United States Bankruptcy Court for the Middle District of North Carolina requests the Court enter an Order dismissing this action as against it.

Date:   June 19, 2020

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

 */s/* Nathan L. Strup
Nathan L. Strup, Mo. Bar. No. 60287
Assistant United States Attorney
United States Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351/nathan.strup@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HASSIE DEMOND KNOWLIN,          )
                                )
              Plaintiff,         )
                                )
          v.                     )        Civil No. 1:20-cv-105
                                )
LEXISNEXIS, et al.,              )
                                )
              Defendants.        )

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, the foregoing (including exhibits, if any) was

electronically filed with the Clerk of the Court using the CM/ECF system and that a copy

or copies of the document was served via the CM/ECF system (or by other means, if

specified below) on the following:

Robert Cowan Derosset, IV          Colin Dailey
Counsel for Trans Union LLC        Counsel for Equifax Information Services, LLC

Caren D. Enloe                     Kearstin Sale
Counsel for Experian Information   Counsel for Equifax Information Services, LLC
Solutions, LLC
                                   Meryl W. Roper
                                   Counsel for Equifax Information Services, LLC

and was mailed to the following non-participant(s):

Hassie Demond Knowlin              Hassie Demond Knowlin
1018 East Side Drive               1835 Merritt Drive, Apt. C
Greensboro, NC   27406             Greensboro, NC   27407


                                    /s/ Nathan L. Strup
                                   Assistant U. S. Attorney
                                   Middle District of North Carolina