UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

WTF

HASSIE DEMOND KNOWLIN
1018 EAST SIDE DR
GREENSBORO, NC 27406

INSPECTED



RECEIVED
AUG 14 2020
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.

GREENSBORO
NC 274
07 AUG '20
PM 4 L

neopost
08/06/2020
US POSTAGE $00.50
ZIP 27401
041L11240987
FIRST-CLASS MAIL



NIXIE  274  FE 1  0008/12/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 27401254401  *2180-02408-12-42

1:20-cv-00105-CCE-LPA  Document 32  Filed 08/17/20