# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



HASSIE-DEMOND KNOWLIN,

Plaintiff,

v.  1:20 CV-105

LEXISNEXIS,

Defendant,

## PROOF OF SERVICE

## Certificate of Mailing

I, Hassie Demond Knowlin do hereby affirm and attest that I am an inhabitant of Greensboro North Carolina, one of the several union states within the united States of America, over the age of 18, of sound mind and body. My mailing location is: 1835- C Merrit Dr Greensboro North Carolina 27407

       Hassie-Demond Knowlin

On Oct 29,2020 A.D., I personally mailed, at a U.S. Postal Service Office, located in the city of Greensboro, the following documents:

Civil Lawsuit

via USPS Priority Mail Number 9505516815060302007384, with pre-paid postage to:

LEXISNEXIS RISK MANAGEMENT

1100 ALDERMAN DR

ALPHARETTE, GA 30005

# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** 9505516815060302007384

**Expected Delivery by**

# MONDAY

# 2 NOVEMBER 2020 ⓘ

by

**8:00pm** ⓘ

USPS Premium Tracking™ Available ⌄

## In-Transit

October 29, 2020 at 11:26 pm
Arrived at USPS Regional Origin Facility
GREENSBORO NC DISTRIBUTION CENTER

**Change Delivery Instructions** ⌄

---

### Text & Email Updates ⌃

☑ Confirmation - We Received Your Request

9505516815060302007384

Your updates will be sent to:

336-947-9991

To finish signup, you must reply YES to the welcome message.
For additional information, text **HELP** to 2USPS (28777). To opt out, text **STOP** to 2USPS.

Executed at the city of Greensboro, county of Guilford, North Carolina state, this 29th day of Oct. 2020 A.D.

I now affix my signature to this document and the affirmations therein.

Date: _Oct 29 2020_

Signed _Hassie Demond Knowlin_

Hassie-Demond Knowlin

Address: 1835 Merritt Dr.

_____ Greensboro North Carolina 27407